**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JESSE JONES**                                                                                            **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO: 1:16-cv-00086-SA-DAS**

**BILLY "LUCKY" BRIGGS,**
**IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES**               **DEFENDANT**

<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>

Pursuant to the parties' Stipulation of Dismissal filed in this matter, and as further evidenced by the signatures of the parties' duly authorized counsel of record, the Court finds that all claims against Billy Briggs, in his individual and official capacities, should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that all claims in this cause against Billy Briggs, in his individual and official capacities, are dismissed with prejudice. This case is CLOSED.

SO ORDERED, this the 18th day of January, 2017.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT JUDGE**